No. 96–5615. DINWIDDIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5700. PARKER *v.* ZANT, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 96–5917. BARBEE *v.* ELECTRONIC DATA SYSTEMS CORP. C. A. 3d Cir. Certiorari denied.

No. 96–5959. MIRANDA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5961. BROWN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–6064. BETANCOURT *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–6124. SIMPSON *v.* HESSION ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 96–6130. MITCHELL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–6221. RACHAL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–6325. BURTON *v.* CHRISTOPHER, JUDGE, 295TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 96–6328. REIMAN *v.* WAGSTAFF ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–6329. COOK *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–6345. LARZELERE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–6346. NANCE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 96–6347. KEY *v.* OAKLAND HOUSING AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6349. JANUARY *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied.